**Learie A. DALY, Plaintiff—Appellant,**

v.

**ST. MARY'S COUNTY SHERIFF'S OFFICE; St. Mary's County Detention Center; Timothy K. Cameron, Lieutenant Commander; Deborah L. Diedrich, Lieutenant Assistant; Manager, Aramark Food Catering Service, Defendants—Appellees.**

No. 04–6898.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 11, 2004.

Decided Sept. 16, 2004.

Learie A. Daly, Appellant pro se. John Francis Breads, Jr., Local Government Insurance Trust, Columbia, Maryland, for Appellees.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Learie A. Daly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Daly v. St. Mary's County Sheriff's Office,* No. CA–03–2352–AMD (D.Md. Jan. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*